14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 01 1998

Michael N. Milby
Clerk of Court

Shawn Bondurant

versus

Gary Johnson, Director, et al

§
§
§
§
§
§
§
§

CIVIL ACTION B-97-111

United States District Court
Southern District of Texas
ENTERED

SEP 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge