1mv

/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

SHAUN BONDURANT                        *

     VS                              *   C.A. NO. B97 111

GARY L. JOHNSON, ET AL                 *

## MEMORANDUM ORDER OF DISMISSAL

    Plaintiff, SHAWN BONDURANT, initiated this civil rights cause pursuant to 48 U.S.C. § 1983. Proceeding pro se, Plaintiff alleges that while incarcerated he was wrongfully housed with violent criminals in the Willacy Unit in Raymondville, Texas. He also claims that Texas Department of Criminal Justice employees have violated his civil rights when they took away his good time credit following a procedurally defective administrative hearing.

    The cause of action was initially filed in the Corpus Christi Division on April 21, 1997, and transferred to the Brownsville Division on May 8, 1997. A notice of deficient pleading was sent to Plaintiff and over 21 months have elapsed and Plaintiff has failed to take any action to correct that deficiency.

2

On July 25, 1997, Plaintiff informed the Court that he was to be released from custody on August 17, 1997 and that he still wished to proceed with his cause of action. On May 21, 1998, this Court denied without prejudice all pending motions and allowed all parties to re-urge any motion should the need arise. No further action was undertaken by Plaintiff to further prosecute his cause of action.

Because of the foregoing, this Court is of the opinion that his cause of action should be dismissed for want of prosecution pursuant to Federal Rules of Civil Procedure Section 41(b).

It is therefore **ordered** that this case be dismissed.

DONE at Brownsville, Texas, this 11 day of February, 1999.

_____
Hilda G. Tagle
United States District Judge